United States District Court
For the Northern District of California

1
2
3
4
5
6                          IN THE UNITED STATES DISTRICT COURT
7
8                          FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

JEFF S. HARNDEN,                                    No. C 09-4956 WHA (PR)
10
                 Plaintiff,                          **ORDER OF DISMISSAL**
11
        v.
12
GLOVER; ROBERT AYERS; W.E.
13  MURRAY; A. SCRIBNER; CHUCK
    TWEED; H. LIDDICOTE; V. LOPEZ,
14
                 Defendants.
15  _____/
16
17          This pro se civil rights action was filed on October 19, 2009.  On that same day the court
18  notified plaintiff he had neither paid the filing fee nor submitted an application for leave to
19  proceed in forma pauperis.  A copy of the court's form for applications to proceed in forma
20  pauperis was provided with the notice, along with a return envelope.  Plaintiff was informed
21  that if he did not either pay the fee or file the application within thirty days the case would be
22  dismissed.  No response has been received.  This case therefore is **DISMISSED** without
23  prejudice.  The clerk shall close this file.

            **IT IS SO ORDERED.**
24
25  Dated: November __30__, 2009.
26                                                   WILLIAM ALSUP
                                                     UNITED STATES DISTRICT JUDGE
27
28
    G:\PRO-SE\WHA\CR.09\HARNDEN4956.DSM-IFP.wpd