1
2
3
4
5
6          IN THE UNITED STATES DISTRICT COURT

7          FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
9

JEFF S. HARNDEN,                              No. C 09-4956 WHA (PR)

10                  Plaintiff,              **ORDER DENYING**
11                                          **RECONSIDERATION; DIRECTING**
       v.                                   **CLERK TO REFUND LATE**
12                                          **PAYMENT OF FILING FEE**
    GLOVER; ROBERT AYERS; W.E.
13  MURRAY; A. SCRIBNER; CHUCK
    TWEED; H. LIDDICOTE; V. LOPEZ,
14
                 Defendants.                (Docket Nos. 10, 12)
15  _____/

16
17          This pro se civil rights action was filed on October 19, 2009.  On that same day the court

18  notified plaintiff he had neither paid the filing fee nor submitted an application for leave to

19  proceed in forma pauperis ("IFP").  A copy of the court's form for IFP applications was

20  provided with the notice, along with a return envelope.  Plaintiff was informed that if he did not

21  either pay the fee or file the application within thirty days the case would be dismissed.

22  Plaintiff did not respond to the notice.  On November 30, 2009, the case was dismissed without

23  prejudice.

24          On December 21, 2009, plaintiff filed a motion for reconsideration in which he states

25  that he would like to have another inmate, named David Short, pay his filing fee.  On December

26  29, 2009, the filing fee was paid by Mr. Short, and on the same date, plaintiff filed another

27  motion for reconsideration stating that he would like to have Mr. Short pay the filing fee.

28  Plaintiff does not explain in his motions for reconsideration why he did not pay the filing fee or

    comply with the IFP deficiency notice in a timely manner, nor does he explain why he did not

1    seek an extension of time to do so. As plaintiff did not pay the filing fee or file a completed IFP

2    application in a timely manner, and he never requested an extension of time in which to do so,

3    the dismissal of this action was not in error. Consequently, plaintiff's requests for

4    reconsideration (docket numbers 5 and 6) are **DENIED**.

5        Plaintiff's filing fee may be paid by other individuals, including Mr. Short, but only

6    provided that it is paid by the deadline for such payment. As this matter has been dismissed and

7    closed, and plaintiff has not established grounds for reconsideration of said dismissal, Mr.

8    Short's payment of the filing fee is not timely. Accordingly, the clerk shall return the funds

9    paid by Mr. Short in this matter.

10       **IT IS SO ORDERED.**

11   Dated: January ____8____, 2010.

12                                          _____
                                           WILLIAM ALSUP
13                                         UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25   G:\PRO-SE\WHA\CR.09\HARNDEN4956.REC.wpd

26

27

28

                                          2