United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF S. HARNDEN, | No. C 09-4956 WHA (PR) |
| Plaintiff, | **ORDER DENYING RECONSIDERATION; DIRECTING CLERK TO REFUND LATE PAYMENT OF FILING FEE** |
| v. | |
| GLOVER; ROBERT AYERS; W.E. MURRAY; A. SCRIBNER; CHUCK TWEED; H. LIDDICOTE; V. LOPEZ, | |
| Defendants.      / | (Docket Nos. 10, 12) |

      This pro se civil rights action was filed on October 19, 2009. On that same day the court notified plaintiff he had neither paid the filing fee nor submitted an application for leave to proceed in forma pauperis ("IFP"). A copy of the court's form for IFP applications was provided with the notice, along with a return envelope. Plaintiff was informed that if he did not either pay the fee or file the application within thirty days the case would be dismissed. Plaintiff did not respond to the notice. On November 30, 2009, the case was dismissed without prejudice.

      On December 21, 2009, plaintiff filed a motion for reconsideration in which he states that he would like to have another inmate, named David Short, pay his filing fee. On December 29, 2009, the filing fee was paid by Mr. Short, and on the same date, plaintiff filed another motion for reconsideration stating that he would like to have Mr. Short pay the filing fee. Plaintiff does not explain in his motions for reconsideration why he did not pay the filing fee or comply with the IFP deficiency notice in a timely manner, nor does he explain why he did not

seek an extension of time to do so. As plaintiff did not pay the filing fee or file a completed IFP application in a timely manner, and he never requested an extension of time in which to do so, the dismissal of this action was not in error. Consequently, plaintiff's requests for reconsideration (docket numbers 5 and 6) are **DENIED**.

Plaintiff's filing fee may be paid by other individuals, including Mr. Short, but only provided that it is paid by the deadline for such payment. As this matter has been dismissed and closed, and plaintiff has not established grounds for reconsideration of said dismissal, Mr. Short's payment of the filing fee is not timely. Accordingly, the clerk shall return the funds paid by Mr. Short in this matter.

**IT IS SO ORDERED.**

Dated: January __8__, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.09\HARNDEN4956.REC.wpd

2