UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF S. HARNDEN,<br><br>        Plaintiff,<br><br>  v.<br><br>JUDITH GLOVER et al,<br><br>        Defendant. | Case Number: CV09-04956 WHA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 8, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jeff S. Harnden
H-31120
Corcoran State Prison
PO Box 3476
Corocan, CA 93212

Dated: January 8, 2010

                                        Richard W. Wieking, Clerk
                                        By: D. Toland, Deputy Clerk